COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| DAVID ABER D/B/A SEQUOIA HOMES AND DICK L. ABER, | § | No. 08-12-00016-CV |
| Appellant, | § | Appeal from |
|  | § | County Court at Law No. 5 |
| v. | § | of El Paso County, Texas |
| ANGEL FLORES AND ALEIDA FLORES, | § | (TC # 2010-5092) |
| Appellees. | § |  |

**MEMORANDUM OPINION**

Pending before the Court is a motion to dismiss filed by Appellants, David Aber d/b/a Sequoia Homes and Dick L. Aber because the parties have settled the dispute. We grant the motion and dismiss the appeal. Pursuant to the parties' agreement, we assess costs against the party incurring same. *See* TEX.R.APP.P. 42.1(d)(absent agreement of the parties, the court will tax costs against the appellant).

January 16, 2013                          _____
                                                  ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rivera, and Antcliff, JJ.
Antcliff, J., not participating